Kevin J. Stoops (State Bar #332200)
SOMMERS SCHWARTZ, P.C.
1801 Century Park E. #860
Los Angeles, CA 90067
Telephone: (310) 579-0600
Email: kstoops@sommerspc.com

Attorneys for Plaintiff **ROBERT WILLIAMS**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT WILLIAMS**, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>        Plaintiff,<br>    v.<br><br>**RIVIAN AUTOMOTIVE, LLC**, a limited liability company,<br><br>        Defendant. | Case No: 8:26-cv-00505-ADS<br><br>Judge: Autumn D. Spaeth<br><br>**NOTICE OF VOLUNTARY DIMISSAL** |

1

**NOTICE OF VOLUNTARY DISMISSAL**

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,
Plaintiff Robert Williams hereby gives notice that the above-captioned action is
voluntarily dismissed *without* prejudice against Defendants Rivian Automotive,
LLC.

Date: May 27, 2026                                    **SOMMERS SCHWARTZ, P.C.**

                                                      */s/ Kevin J. Stoops*_____
                                                      Kevin J. Stoops

                                                      *Attorneys for Plaintiff Robert
                                                      Williams and the putative Collective*


## CERTIFICATE OF SERVICE

I certify that on May 27, 2026, I electronically filed the foregoing document
with the Clerk of the Court using the ECF system, which will send notification of
such filing to all counsel of record.

                                                      /s/ *Kevin J. Stoops*
                                                      Kevin J. Stoops